02-11-104-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

 

NO. 02-11-00104-CV 

 

 


 
 
 In re Martin B. Tittle, as Administrator of the
 Estate of Nettie Baber Tittle, Deceased
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s amended petition for writ of mandamus and is of
the opinion that relief should be denied.  Accordingly, relator’s amended petition
for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and MEIER, JJ.

 

MEIER,
J., would grant.

 

DELIVERED: 
April 8, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).